# ROBERT B. KRONENBERG

Attorney at Law

1355 Motor Parkway, Hauppauge, New York 11749

631-234-4434 Fax 631-234-4469

rob@rkronenberglaw.com

www.rkronenberglaw.com

March 16, 2007

United States District Court
Eastern District of New York
Hon. Arlene Rosario Lindsay
United States Magistrate Judge

      Re:    **Fuchs et al v. Rizzo et al; 2:05-cv-4006 - Letter Application Notifying Court of Settlement**

Dear Judge Lindsay:

    I am writing on behalf of all parties to the above referenced action. Please allow this correspondence to represent confirmation that on behalf of all parties to this action, I have notified Chambers that this matter has been resolved pursuant to a settlement agreement.

    James J. O'Rourke, Esq., and Peter Stein, Esq., attorneys for the defendants, Salvatore Rizzo and Karen Rizzo respectively, concur with the above confirmation and notification.

    Thank you for your consideration.

Dated: Hauppauge, New York
       March 16, 2007

                                        Yours, etc.,

                                        _____

                                        /s/Robert B. Kronenberg (RBK-7091)
                                        Attorney for Plaintiffs
                                        1355 Motor Parkway
                                        Hauppauge, New York 11749
                                        (631) 234-4434